| | |
|---|---|
| 1 | STERN & GOLDBERG |
|   | ALAN N. GOLDBERG (SBN 112836) |
| 2 |    agoldberg@sgattys.com |
|   | PETER TRAN (SBN 280016) |
| 3 |    ptran@sgattys.com |
|   | 6345 Balboa Boulevard, Suite 200 |
| 4 | Encino, California 91316 |
|   | Telephone: (818) 758-3940 |
| 5 | Facsimile: (818) 758-3950 |
| 6 | Attorneys for Plaintiff |
|   | R.Y.L. Inc., a California corporation |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | R.Y.L. INC., a California corporation, | CASE NO.: 2:20-cv-05606 RGK (JCx) |
| 12 | Plaintiff, | |
| 13 | v. | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT SCIENTIFIC GLASS ART, INC., A CALIFORNIA CORPORATION** |
| 14 | SCIENTIFIC GLASS ART, INC., a California corporation; JORGE OMAR AVILA MARTINEZ also known as JORGE AVILA and ANDANTE AVILA, an individual; BARAKAT ZAHRAN also known as ZAHRAN BARAKAT and HISHAM BARAKAT, an individual; and DOES 1 through 50, inclusive, | |
| 19 | Defendants. | |
| 20 | | Complaint filed: June 25, 2020<br>Trial Date: None Set |

Plaintiff R.Y.L. Inc., a California corporation ("Plaintiff" or "R.Y.L." herein), hereby files the Proof of Service of Summons and Complaint on Defendant Scientific Glass Art, a California corporation, the original of which is attached hereto as Exhibit "1", respectfully.

//

//

//

# Exhibit "1"

POS-010

| ATTORNEY OF PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ALAN N. GOLDBERG                                   112836 | |
| STERN & GOLDBERG # | |
| 6345 BALBOA BLVD., SUITE 200 | |
| ENCINO, CA 91316 | |
| TELEPHONE: (818) 758-3940 | |
| ATTORNEY FOR: PLAINTIFF | |
| UNITED STATES DISTRICT COURT-C | |
| STREET ADDRESS: per rule 2.150 (a)(8): | |
| MAILING ADDRESS: the address of the court is not required | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |

| Plaintiff  | R.Y.L. INC., A CALIFORNIA CORPORATION | CASE NUMBER: |
|---|---|---|
| Defendant | SCIENTIFIC GLASS ART, INC., ET, AL., | 2:20-CV-05606 |
| | | Clt. Ref. or File No.: |
| | **PROOF OF SERVICE OF SUMMONS** | 7812-026 |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   SUMMONS AND COMPLAINT; ATTACHMENT TO SUMMONS; CIVIL CASE COVER SHEET; ATTACHMENT TO CIVIL CASE COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

3. a. [XX] Party served
      SCIENTIFIC GLASS ART, INC., A CALIFORNIA CORPORATION

   b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      JORGE OMAR AVILA MARTINEZ, REGISTERED AGENT
      (authorized to receive service of process)

4. Address where the party was served: 10925 FRACAR AVENUE
      Lynwood, CA 90262

5. I served the party (check proper box)
   b. [XX] by substituted service. On (date): 07/04/20 at (time): 11:33 am I left the documents listed in item 2 with or the presence of:
      ADELAIDA MARTINEZ, OCCUPANT/PERSON IN CHARGE

   (2) [XX] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (4) [XX I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents on (date): 07/04/20 from (city): LOS ANGELES      or [__] a declaration of mailing is attached.

   (5) [__ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Computer-generated form | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, 417.10 |
|---|---|---|
| Judicial Council of California | | |
| POS-010 (Rev. January 1, 2007)   GO: 11 richardf | | |


AX0211-20611447

| | | |
|---|---|---|
| Plaintiff | R.Y.L. INC., A CALIFORNIA CORPORATION | CASE NUMBER: |
| Defendant | SCIENTIFIC GLASS ART, INC., ET, AL., | 2:20-CV-05606 |

c. [ __ ] by mail and acknowledgment of receipt of service, I mailed the documents listed in item 2 to the party, to the address shown in Item 4, by first-class mail, postage prepaid.

    (1) on (date):           (2) from (city):
    (3) [ __ ] with two copies of the Notice and Acknowledgment of Receipt (form 982(a)(4)) and a postage paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt (form 982(a)(4).) (Code of Civ. Proc., 415.30).)

    (4) [ __ ] to an address outside California with return receipt requested.
          (Code Civ. Proc., 415.40)
d. [ __ ] by other means specify means of service and authorizing code section):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ __ ] as an individual defendant.
   b. [ __ ] as the person sued under the fictitious name of (specify):

   c. [ __ ] as occupant/tenant.
   d. [XX] on behalf of:
        SCIENTIFIC GLASS ART, INC., A CALIFORNIA CORPORATION

       under the following Code of Civil Procedure section:
       [XX] CCP 416.10 (corporation)        [ __ ] 416.60 (minor)
       [ __ ] 416.20 (defunct corporation)     [ __ ] 416.70 (ward or conservatee)
       [ __ ] 416.30 (joint stock or company association)  [ __ ] 416.90 (authorized person)
       [ __ ] 416.40 (association or partnership)  [ __ ] 415.46 (occupant/tenant)
       [ __ ] 416.50 (public entity)         [ __ ] other:
       [ __ ] CCP 415.95 (business organization, form unknown)

7. Person who served papers
   a. Name: J. MARTINEZ
   b. Address: 5632 Van Nuys Blvd., # 240 Van Nuys CA 91401
   c. Telephone number: (213) 928-7247
   d. The fee for service was: $    54.45   (recoverable under CCP1033.5(a)(4)(B))
   e. I am:
      (1) [ __ ] not a registered California process server.
      (2) [ __ ] exempt from registration under Business and Professions Code Section 22350(b).
      (3) [XX] registered California process server:
         (i) [ __ ] Owner  [ __ ] Employee  [XX] Independent contractor.
         (ii) Registration No.: 2013031448
         (iii) County: LOS ANGELES

8. [XX] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ __ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 07/06/20

_____         _____
      J. MARTINEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

Page 2 of 2

| | | |
|---|---|---|
| Computer-generated form | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, 417.10 |
| Judicial Council of California | | |
| POS-010 (Rev. January 1, 2007)  GO: 11 | | |