1  STERN & GOLDBERG
   Alan N. Goldberg, Esq. (SBN 112836)
2  agoldberg@sgattys.com
   Peter Tran (SBN 280016)
3  ptran@sgattys.com
   6345 Balboa Boulevard, Suite 200
4  Encino, California 91316
   Telephone: (818) 758-3940
5  Facsimile: (818) 758-3950

6
   Attorneys for Plaintiff
7  R.Y.L. Inc., a California corporation

8
                 UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA

10

11 R.Y.L. INC., a California corporation,          Case No.  2:20-cv-05606-RGK-JC

12              Plaintiff,                         **STIPULATION TO EXTEND TIME
                                                   TO RESPOND TO INITIAL
13    v.                                           COMPLAINT BY NOT MORE THAN
                                                   30 DAYS (L.R. 8-3); PLAINTIFF'S
14 SCIENTIFIC GLASS ART, INC., a California        RESPONSE TO ORDER TO SHOW
   corporation; JORGE OMAR AVILA                   CAUSE RE: DISMISSAL**
15 MARTINEZ also known as JORGE AVILA
   and ANDANTE AVILA, an individual;               Complaint Filed: June 25, 2020
16 BARAKAT ZAHRAN also known as                    New response date: August 24, 2020
17 ZAHRAN BARAKAT and HISHAM
   BARAKAT, an individual; and DOES 1
18 through 50, inclusive,

19              Defendants.

20 _____

21

22

23

24

25

## STIPULATION

Plaintiff R.Y.L. INC. ("Plaintiff") and Defendants SCIENTIFIC GLASS ART, INC., JORGE OMAR AVILA MARTINEZ, and BARAKAT ZAHRAN (collectively referred to as "Defendants") hereby stipulate and agree, by and through their undersigned counsel, as follows:

**WHEREAS**, Defendants JORGE OMAR AVILA MARTINEZ and SCIENTIFIC GLASS ART, INC., was served by substituted service on July 4, 2020 and Defendant BARAKAT ZAHRAN was served by substituted service on July 24, 2020;

**WHEREAS**, pursuant to applicable Federal and State statutes for service of process, the date by which Defendants are required to respond to the Complaint was extended by ten (10) days where service is done by substituted service. See, e.g., *Fed. R. Civ. Proc.* Rule 4(e)(1) and *Cal. Civ. Proc.* section 415.20(b);

**WHEREAS**, Defendants will all be represented by the same counsel;

**WHEREAS**, Defendants desire further time to analyze the Complaint and determine appropriate responses;

**WHEREAS**, the parties have begun discussing informal resolution of the matters reflected in the Complaint; and

**WHEREAS**, pursuant to Local Rule 8-3, counsel for Plaintiff has stipulated and agreed to extend the time to respond to Plaintiff's Complaint for all Defendants to August 24, 2020.

**THE PARTIES HEREBY STIPULATE** that:

(i) The time for all Defendants to file any responsive pleadings to Plaintiff's Complaint is extended to **August 24, 2020**, which is not more than 30 days after Defendants' responsive pleadings would ordinarily be due.  No affirmative defenses are waived.

(ii) All signatories concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

1

2  DATED: August 6, 2020

3

4

5

6  DATED: August 6, 2020

7

8

                Respectfully submitted,

**STERN & GOLDBERG**
By:  /s/ Alan N. Goldberg
      Alan N. Goldberg
      Attorneys for Plaintiff
      R.Y.L. Inc.

**WANG IP LAW GROUP, P.C.**
By:  /s/ Tommy SF Wang
      Tommy SF Wang
      Attorneys for Defendants
      Scientific Glass Art, Inc.,
      Jorge Omar Avila Martinez and
      Barakat Zahran

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, I electronically filed the foregoing Unopposed Motion for Extension of Time and Plaintiff's response to Order to Show Cause with the Clerk of the Court via the Court's CM/ECF System, which will automatically send notification of such filing to the individuals registered to receive notices via email transmission with the Court's ECF System.

/s/ Alan N. Goldberg
Alan N. Goldberg

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 6345 Balboa Boulevard, Suite 200, Encino, California 91316.

On August 6, 2020 I served the foregoing document described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL**

\_\_  BY MAIL          XX   BY ELECTRONIC TRANSMISSION

XX   by emailing the above document to the following persons:

Tommy SF Wang, Esq.
Elle Reed, Esq.
Wang IP Law Group, P.C.
18645 E. Gale Avenue, Suite 205
City of Industry, California 91748
Email: twang@thewangiplaw.com
       ereed@thewangiplaw.com
Telephone: (626) 269-6753
Facsimile: (888) 827-8880

(Attorneys for Defendants Scientific Glass Art, Inc., Jorge Omar Vila Martinez and Barakat Zahran)

\_\_ **(By mail)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Encino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX   **(By e-mail or electronic transmission)** I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on August 6, 2020, in Encino, California.

XX  (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ _____
Valerie Rush