# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-05606-RGK- JC | Date | August 7, 2020 |
|---|---|---|---|
| Title | R.Y.L., INC. v. SCIENTIFIC GLASS ART, INC., et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Discharging OSC [DE 13]; Order Granting Stipulation [DE 14/15]

The Court hereby **grants** the parties' Stipulation Extending Time to Answer Complaint as to All Defendants. The date by which all Defendants must file an Answer is **August 24, 2020**. The OSC re Lack of Prosecution is hereby **discharged**.

**IT IS SO ORDERED.**

Initials of Preparer