STERN & GOLDBERG
ALAN N. GOLDBERG (SBN 112836)
  agoldberg@sgattys.com
PETER TRAN (SBN 280016)
  ptran@sgattys.com
6345 Balboa Boulevard, Suite 200
Encino, California 91316
Telephone: (818) 758-3940
Facsimile: (818) 758-3950

Attorneys for Plaintiff
R.Y.L. Inc., a California corporation


WANG IP LAW GROUP, P.C.
TOMMY SF WANG (SBN 272409)
  twang@thewangiplaw.com
18645 E, Gale Avenue, Suite 205
City of Industry, California 91748
Telephone: (626) 269-6753
Facsimile: (888) 827-8880

Attorneys for Defendants Scientific Glass Art, Inc., Jorge Omar Avila Martinez and Barakat Zahran

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.Y.L. INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIFIC GLASS ART, INC., a California corporation; JORGE OMAR AVILA MARTINEZ also known as JORGE AVILA and ANDANTE AVILA, an individual; BARAKAT ZAHRAN also known as ZAHRAN BARAKAT and HISHAM BARAKAT, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-05606-RGK (JCx)<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PATENT CLAIMS AND WITHOUT PREJUDICE AS TO OTHER CLAIMS<br><br>Honorable Judge R. Gary Klausner<br><br>Complaint Filed: June 25, 2020 |

## ORDER

Plaintiff R.Y.L. Inc. and Defendants Scientific Glass Art, Inc., Jorge Omar Vila Martinez and Barakat Zahran's stipulation to dismiss this action is approved. Accordingly, pursuant to a negotiated settlement by the parties, the first four claims for relief in the Complaint relating to patent infringement are dismissed with prejudice, and the fifth through seventh claims in the Complaint for relief relating to trade dress, false designation of origin and unfair business practices are dismissed without prejudice.

The Court retains jurisdiction over any disputes arising from the Settlement Agreement, dated May 17, 2021, between the parties resolving this action, which includes that Defendants will not sell any infringing products after a sell-off period, and provisions for injunctive relief.

IT IS SO ORDERED.

Dated: May 20, 2021

*Gary Klausner*

Honorable Judge R. Gary Klausner
United States District Court Judge,
Central District of California